IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JOSE LUIS VAELLO MADERO,<br>Defendant. | CIVIL NO.: 17-2133 (GAG)<br><br>COLLECTION OF PENALTY |

**STIPULATION FOR CONSENT JUDGMENT**

The Plaintiff, United States of America, has filed a civil action for collection of penalty against Defendant Jose Luis Vaello Madero, in relation to Social Security overpayments that were unlawfully collected and/or resulted in the collection by the defendant.

**IT IS STIPULATED AND AGREED** by the parties in this case, the United States and Defendant Jose Luis Vaello Madero, that judgment be entered as follows:

1. _J.L.V._ Defendant Jose Luis Vaello Madero confesses and acknowledges that he unlawfully collected the Title XVI Social Security benefits after moving to Puerto Rico and failed to notify the Social Security Administration.

2. _J.L.V._ Defendant received a total undue collection of $28,080.00 for Social Security benefits.

3. _J.L.V._ Defendant requests and consents that judgment is entered against him for the sum of $28,081.00, plus interest at the legal rate from the entry of judgment, until paid in full and costs, in accordance with the terms and conditions set forth in this stipulation.

4. _J.L.V._ Defendant agrees to pay the United States of America the sum of $28,08.00, as follows:

1

a. _J.L.V._ Defendant will make monthly installments payments of $100.00, starting on September 1, 2017, to be credited to the account of Jose Luis Vaello Madero, with social security number xxx-xx-1431, until final payment of the owed amounts.

b. _J.L.V._ Defendant agrees that copy of the Judgment by Consent entered by the Court be delivered to the Social Security Administration.

c. _J.L.V._ Defendant may pay larger installments or pay the entire unpaid balance of the judgment amount in advance, without penalty.

d. _J.L.V._ Should defendants' payment status become delinquent thirty (30) days or more, the entire unpaid balance of the judgment amount shall become immediately due and payable, with interest at the legal rate from the date of entry of the Judgment by Consent, immediately without further notice to the defendant.

e. _J.L.V._ In the event defendants' payment status becomes delinquent fifteen (15) days or more in payment of any installments due here under, plaintiff shall seek judicial enforcement of this Judgment by Consent.

5. _J.L.V._ The Court shall retain jurisdiction over this action in order to enforce this Judgment by Consent.

6. _J.L.V._ Defendant agrees to provide all available financial information that plaintiff may request at any time after the entry of the judgment until the stipulated amount is paid in full.

7. _J.L.V._ Defendant consents that once Judgment is entered, Plaintiff may proceed to record said judgment at the Property Registration Office, to create a judgment lien or any other lien upon any real estate properties that the defendant may own, or in which the defendant

may have an undivided common ownership with other properties, or a participation in ownership.

8. /-L.U- In the event the Plaintiff has to seek remedies before this Honorable Court for Execution of Judgment, Plaintiff will be entitled to recover, in addition to the amount owed, a 10% surcharge imposed by law under 28 U.S.C. § 3011.

9. /- L U Defendant is aware of the fact that this Stipulation for Consent Judgment will become an integral part of the judgment to be entered by the Court.

10. /.L.U. Defendant acknowledges that he was informed of his right to retain counsel, and fully aware of this fact, has waived that right and enters into this agreement.

11. /.L.U. Defendant, with his signature, certifies he can read and understand English, understands the document, is aware of the implications, consequences of rights and concessions made, and, as such, has entered into this agreement freely and voluntarily, without any degree of duress or compulsion.

---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------
-----------------------------------INTENTIONALLY LEFT BLANK----------------------------
---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------
---------------------------------------------------------------------------------------

WHEREFORE, the United States of America and Defendant Jose Luis Vaello Madero, respectfully request this Honorable Court to approve this stipulation and enter Judgment accordingly.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 30 of August, 2017.

_____
**Jose Luis Vaello Madero**
Defendant

**Rosa Emilia Rodríguez-Vélez**
United States Attorney

_____
**Jorge Santaella**

_____
**David O. Martorani-Dale**
Assistant United States Attorney
USDC-PR No.: 226004
Torre Chardon, Suite 1201
350 Chardon Street
San Juan, PR 00918
Telephone: 787-766-5656
Fax: 787-766-6219
Email: david.o.martorani@usdoj.gov