**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                           **CASE NO. 17-2133 (GAG)**

**JOSE LUIS VAELLO MADERO,**

**Defendants.**

## ORDER APPOINTING COUNSEL

In light of the aftermath of Hurricanes Irma and María, the Court hereby takes the initiative of appointing pro bono counsel to Mr. Vaello-Madero and appoints attorney Hermann Ferré from the New York firm Curtis, Mallet-Prevost, Colt & Mosle, LLP.  His contact information is hferre@curtis.com, 212-696-8871 and 101 Park Ave, NY, NY 10178.

Counsel Ferré shall file with this Court the requisite pro hac vice motion, however, the fee shall be waived.  In addition other counsel from his firm may also appear pro hac vice under the same conditions.  See L.Cv.R. 83a(f).

As local counsel the Court appoints attorney John W. Ferré-Crossley, who is a member of the bar of this court in good standing.  Both he and counsel Hermann Ferré have accepted this pro hac vice appointment.  Counsel shall meet with their client as soon as conditions permit and inform the Court on or before December 15, 2017 as to any pertinent matter.  This period may be extended if warranted.

**SO ORDERED.**

In San Juan, Puerto Rico this 17th day of October, 2017.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge