UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff<br><br>v.<br><br>**JOSE LUIS VAELLO-MADERO**<br>Defendant | CIVIL NO.: 17-2133 (JAG) |

**JOINT MOTION TO STAY THE PROCEEDINGS**

**TO THE HONORABLE COURT:**

 **COMES NOW** the parties, by and through their undersigned attorneys, and very respectfully STATE and PRAY:

 1. The parties in the above captioned matter have been actively engaged in conversations regarding the case. Currently the parties are in the process of gathering information regarding the factual background, that once corroborated by both parties, may either dispose of the case or streamline the case and limit the controversies.

 2. The parties respectfully request from this Honorable Court a stay of the proceedings pending the receipt and review of this information.

 **WHEREFORE**, the parties respectfully request from this Honorable Court a stay of the proceedings until January 19, 2018.

 **RESPECTFULLY SUBMITTED.**

 In San Juan, Puerto Rico, this 14th day of December, 2017.

1

30457427v2

**Rosa Emilia Rodríguez-Velez**
United States Attorney

**s/*David O. Martorani-Dale*** 
**David O. Martorani-Dale**
Assistant United States Attorney
USDC-PR No.: 226004
Torre Chardon, Suite 1201
350 Chardon Street
San Juan, PR  00918
Telephone: 787-766-5656
Fax: 787-766-6219
Email: david.o.martorani@usdoj.gov

AND

**s/*John W. Ferré-Crossley***
John W. Ferré-Crossley
USDC-PR No. 227703
johnferre@gmail.com

Hermann Ferré (admitted pro hac vice)
Email: hferre@curtis.com
Juan Perla (admitted pro hac vice)
Email: jperla@curtis.com
Robert Groot (admitted pro hac vice)
Email: rgroot@curtis.com

CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel:  (212) 696-6000
Fax:  (212) 697-1559

*Counsel for Defendant*
*Jose Luis Vaello-Madero*

2