### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>JOSE LUIS VAELLO-MADERO,<br>Defendant | Case No. 17-2133 (GAG) |

### JOSE LUIS VAELLO-MADERO'S MOTION
### TO WITHDRAW THE STIPULATION FOR CONSENT JUDGMENT

Jose Luis Vaello-Madero, by his undersigned attorneys, respectfully moves this Court for an order (i) rejecting the Stipulation for Consent Judgment filed on August 31, 2017 (the "Stipulation"), and (ii) withdrawing the Stipulation from the record. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

Date: February 1, 2018

Respectfully submitted,

*/s/ John W. Ferré-Crossley*
John W. Ferré-Crossley
USDC-PR No. 227703
johnferre@gmail.com

Hermann Ferré (admitted *pro hac vice*)
hferre@curtis.com
Juan Perla (admitted *pro hac vice*)
jperla@curtis.com
Robert Groot (admitted *pro hac vice*)
rgroot@curtis.com

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
Tel: (212) 696-6000
Fax: (212) 697-1559
*Counsel for Defendant Jose-Luis Vaello Madero*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send automatic notification of such filing to all CM/ECF Participants.

In San Juan, Puerto Rico, this 1st day of February, 2018.

*/s/ John W. Ferré-Crossley*
John W. Ferré-Crossley
USDC-PR No. 227703
johnferre@gmail.com