IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                          **CASE NO. 17-2133 (GAG)**

**JOSE LUIS VAELLO MADERO,**

**Defendant.**

## ORDER REGARDING AMICUS CURIAE

The Court adopts the following rules regarding amicus curiae interventions:

1. Briefs shall be limited to fifteen pages.

2. The Court adopts for this case Rule 29(a)(2)-(3) of the United States Court of Appeals for the First Circuit Rulebook:

   Rule 29(a)(2): When Permitted. The United States or its officer or agency or a state may file an amicus-curiae brief without the consent of the parties or leave of court. Any other amicus curiae may file a brief only by leave of court or if the brief states that all parties have consented to its filing.

   Rule 29(a)(3): The motion must be accompanied by the proposed brief and state:
   (A) the movant's interest; and
   (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case.

3. Failure to comply with these rules will result in denial of amicus submission.

**SO ORDERED.**

In San Juan, Puerto Rico this 30th day of May, 2018.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge