IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**VAELLO-MADERO,**<br>Defendant. | **CIVIL NO. 17-2133 (GAG)** |

## NOTICE OF APPEARANCE AS AMICUS CURIAE

TO THE HONORABLE COURT:

COMES NOW the Commonwealth of Puerto Rico as Amicus Curiae ("the Commonwealth"), and through the undersigned attorney very respectfully SETS FORTH and PRAYS as follows:

1. On May 22, 2018, the Court issued an order wherein it invited the Commonwealth to participate in the instant case as *amicus curiae*, or to otherwise intervene under R. 24 of the Federal Rules of Civil Procedure (**Docket No. 39, p. 1, lines 19 – 22, p. 2, line 1**).

2. After formal notice of the order at Docket No. 29 was executed (*see* **Docket No. 41**), the Commonwealth informs that it cordially accepts the Court's invitation, and therefore appears in such a capacity (*see also* **Docket No. 46**).

3. Because the issues addressed herein shall indeed have a *portentous* impact on the residents of the Island, the Commonwealth asks the Court to allow it a period of no less than forty five (45) days to submit the *Amicus Curiae* Brief upon setting the deadlines in the coming case management order (*see* **Docket No. 39, p. 2, lines 6 – 8**).

WHEREFORE, it is very respectfully requested from this Honorable Court to take note of the above stated and issue any order it deem so appropriate.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico on this 6th day of June, 2018.

IT IS HEREBY CERTIFIED that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of Litigation

**SUSANA PEÑAGARÍCANO-BROWN**
Director of Federal Litigation Division

S/*Jaime J. Zampierollo-Vilá*
**JAIME J. ZAMPIEROLLO-VILÁ**
USDC-PR No. 228710
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, PR  00902-0192
Office (787) 721-2900, Ext. 2650.
Fax. (787) 723-9188
Email: jzampierollo@justicia.pr.gov
         jzampierollo.prdoj@gmail.com