# United States Court of Appeals
## For the First Circuit

No. 19-1390

UNITED STATES,

Plaintiff - Appellant,

v.

JOSE LUIS VAELLO-MADERO,

Defendant - Appellee.

Before

Thompson and Howard,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: May 23, 2022

    In light of the Supreme Court's decision in <u>United States</u> v. <u>Vaello Madero</u>, 142 S. Ct. 1539 (2022), vacating this court's decision, we hereby vacate the district court's decision and remand the case for further proceedings consistent with the Supreme Court's opinion.

By the Court:

Maria R. Hamilton, Clerk

cc:
Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Mariana E. Bauza Almonte, Abby Christine Wright, Michael Shih, Laura Myron, Hermann Ferre, John W. Ferre Crossley, Juan Otoniel Perla, Robert Groot, Andrew Larkinm, Alana Michelle Vizcarrondo-Santana, Carlos Lugo-Fiol, Susana I. Penagaricano Brown, Jaime J. Zampierollo-Vila, Gregorio Igartua-de la Rosa, Nicolas Nogueras-Cartagena Jr., Roberto O. Maldonado-Nieves, Dwyer Arce, Veronica Ferraiuoli Hornedo